FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REBECCA STEWART,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TOM VILSACK, in his official capacity as the Secretary of the United States Department of Agriculture,<br><br>　　　　　　　Defendant. | No.   2:14-CV-0416-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 1, 2017, the parties filed a Notice of Voluntary Stipulated Dismissal with Prejudice, ECF No. 87. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.**   The parties' Notice of Voluntary Dismissal with Prejudice, **ECF No. 87**, is **GRANTED.**

**2.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.**   All pending motions are **DENIED AS MOOT.**

**4.**   All hearings and other deadlines are **STRICKEN.**

**5.**   The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 2nd day of March 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge